UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Ralph Grattan, et al., | ) | CASE NO. 1:07CV3343 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert Strickland, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

## CHRISTOPHER A. BOYKO, J:

On December 7, 2007, this Court was informed by Defendant's "Notice of Bankruptcy Filing" (ECF Dkt #12), that Defendant, American Transportation Companies, Inc., filed for relief under Chapter 11 of the U.S. Bankruptcy Code, Case No. 04-56243. Pursuant to 11 U.S.C. §362, the filing mandates the imposition of an automatic stay of the proceedings before this Court as against that Defendant.

Therefore, further proceedings are STAYED against Defendant, American Transportation Companies, Inc., subject to reopening upon written motion by Plaintiff or other parties in interest, which warrants relief from the automatic stay imposed by §362 or by injunction imposed under 11 U.S.C. §524 or which notifies the Court that the bankruptcy case is closed, dismissed or discharged.

IT IS SO ORDERED.

12|14|07
Date



CHRISTOPHER A. BOYKO
United States District Judge

FILED
DEC 1 4 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.