UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RALPH GRATTAN, et al., | ) | CASE NO. 1:07CV3343 |
| | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| ROBERT STRICKLAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has filed its OPINION AND ORDER in the above-captioned matter, granting Defendant's Motion to Dismiss; and, furthermore, staying and removing the case from the Court's active docket. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 6/12/08

*Christopher A. Boyko*
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE